**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DAVID LANGE**                                                                                           **PLAINTIFF**

**v.**                                          **Case No. 3:25-cv-00297-KGB**

**HENNEPIN COUNTY, MINNESOTA***, et al.*                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

David Lange's complaint is dismissed without prejudice.

It is so adjudged this 12th day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge